884

No. 00–10868. RITCH v. PERDUE ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10870. BURTIS v. ANNAN, SECRETARY GENERAL OF THE UNITED NATIONS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–10871. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10872. PHILLIPS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10873. MILES v. BURGESS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–10874. JONES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–10875. AMLANI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10876. PLACIDO ANGULO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10877. ORTIZ v. VAUGHN ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–10878. MAYABB v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–10879. WALLACE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–10880. STOVALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10881. BLACKWOOD v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–10882. BROADEN v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–10883. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10886. GREASHAM v. BOOHER, WARDEN. C. A. 10th Cir. Certiorari denied.